Cause No. 874978
APPELLATE Cause No. 14-15-01042

SORROW, LOYD LANDON

V.

THE STATE OF TEXAS

IN THE DISTRICT COURT OF

263rd Judicial District

HARRIS, COUNTY, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

DEC 22 2015

CHRISTOPHER A. PRINE
CLERK

# APPELLANTS FIRST REQUEST TO CLERK TO SUPPLEMENT THE RECORD

Comes Now Loyd London Sorrow #1134905 Pro-Se Appellant in the above mentioned causes, and in accordance to Texas Rules of Appellet Procedure 34.5 (a),(2) through (13) and (c),(1),(2),and (3), respectfully request the 263rd Judicial District Court (Clerk) Chris Daniel to prepare certify and, file in the appellate court the following;

<u>Note</u>; (Appellant did not recieve;(1). Notice that his Motion for Appeal had been filed in the 14th Court of Appeals, (2). Appellant has not recieved an Itemized List of the Clerks or Reporters Records sent to the appellete court in this cause).

1. For evidentiary purposes the appellant had first filed an 11.07 "Habeas Petition"; and request the appellate court to recieve all documentation by the appellant and the following to be included - (a). In the Cause of 8749-78-D, STATE'S ORIGINAL ANSWER, (b). Marla Jan Santini's Affidavit/New Evidence, (c) Court's Order Dated, (d). Respondent's Proposed Order Designating Issues and Order for Affidavit, (e), Respondent's Proposed Findings of Facts and Order January 28, 2015 (f). States Affidavit.

2. Appellants Original Motion for New Trial for Newly Discovered Evidence und Texas Code of Criminal Procedure Article 40.001.

3. Findings for having a Evidentiary Hearing on Materiality of Newly Discovered Evidence in above cause,

needs to be part of Appeal for Review.

All of the above mentioned material, and documentations are relevant on appellate review, for evidence to support Marla's Affidavit that this is NEW never before mentioned, unobtainable by the defense and the appellant, "EVIDENCE" that Is favorable, and unknown to the Trial Court, and exsisted in the States Prosecutors possession, control and was omitted from all trial, and appellate records, depriving its Review, in the above causes.

## CERTIFICATE OF SERVICE

Appellant certifies that a true copy has been sent to the 14th Court of Appeals in Houston, Texas in the causes of Trial Court Cause #874978 and Appellate Cause #14-15-01042-CR on December 21, 2015.

Loyd London Sorrow
Pro-Se

Loyd London Sorrow #1134905
C.T. Terrell Unit - 1 Boot #16
1300 F.M. 655
Rosharon, Texas, 77583

cc File 1 of 3

Case No. 14-15-01042-CR

Dear Christopher Prine, Clerk;

Please file for appellate record review.

"Thank You."

*Loyd Jordan Sorrow*

Loyd L. Sorrow #1134905
C.T. Terrell Unit - 1Bod#16
1300 FM 655
Rosharon, Texas
77583

c.c. File 1 of 3

Dear Christopher Prive, Clerk;

Please file for appellate record Review.

".Thank You."

*[signature]*

Loyd L. Sorrow #1134905
C.T. Terrell Unit - 1Bcd#16
1300 FM 655
Rosharon, Texas 77583

c.c.File 1 of 3